**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Walter H. See**
**Rachelle L. See**
**aka Rachelle Popowitz See**
    Debtor(s)

Bankruptcy Case No.: 13−20796−GLT
Issued Per 7/14/2016 Proceeding
Chapter: 13
Docket No.: 74 − 69
Concil. Conf.: July 14, 2016 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 26, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 14, 2016 at 10:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: The estimated pool of funds available to be paid to general unsecured creditors and estimated percentage dividend are revised to $33,200.00 (40%).

A Fee Application is needed if any fee (including retainer) exceeds $3,700.00 including any fees paid to prior counsel.

No further payments will be made to S&T Bank Claim No. 17 as that creditor has informed the Trustee that the loan is paid in full.

*(2.)*    *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: July 15, 2016

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 13-20796-GLT
Walter H. See                                                           Chapter 13
Rachelle L. See
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                   Page 1 of 4          Date Rcvd: Jul 15, 2016
                              Form ID: 149                 Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db/jdb         #+Walter H. See,    Rachelle L. See,    509 Diehl Drive,    McKeesport, PA 15132-7418
aty             +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
                  Cherry Hill, NJ 08003-3620
cr              Duquesne Light Company,     c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                  Pittsburgh, PA 15212-5860
13577515        AES/Key Corp Trust,    P.O. Box 2641,    Harrisburg, PA 17105
13577521       ++ALLIED INTERNATIONAL CREDIT CORP US,     6800 PARAGON PLACE,    SUITE 400,
                  RICHMOND VA 23230-1654
                 (address filed with court: Allied International Credit Corporation,
                  6800 Paragon Place, Suite 400,    Richmond, VA 23230)
13577517        Allegheny County Treasurer,    First Floor, Courthouse,    Grant Street,    Pittsburgh, PA 15219
13577518       +Allegheny Radiology Associates,     P.O. Box 49,    Pittsburgh, PA 15230-0049
13577519       +Alliance Realty Capital LLC,    8180 East Kaiser Boulevard,    Anaheim, CA 92808-2277
13577520       +Alliance Realty Capital LLC,    c/o Federman & Associates LLC,    305 York Road, Suite 300,
                  Jenkintown, PA 19046-3249
13577523       +Allied Interstate LLC,    P.O. Box 1954,    Southgate, MI 48195-0954
13577524        American Edcuation Services,    Harrisburg, PA 17130-0001
13661947       +American InfoSource LP as agent for,     DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                  El Segundo, CA 90245-3504
13577605       ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T- Mobile,     P.O. Box 742596,    Cincinnati, OH 45274-2596)
13577533       +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
13577529       #+Capital One,    PO Box 5253,    Carol Stream, IL 60197-5253
13577528       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13602967        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
13577532       +Capital One Bank NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13577537       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13577538       +Chase Bank USA,,    PO Box 15298,    Wilmington, DE 19850-5298
13577539       +Citibank NY State NA,    PO Box 22828,    Rochester, NY 14692-2828
13626798       +City of McKeesport,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                  Irwin, PA 15642-7539
13577540       +Colonial Acceptance,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
13618323       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13577544        CuraScript,    23857 Network PL,    Chicago, IL 60673-1238
13577547       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct TV,     PO BOX 11732,    Newark, NJ 07101)
13577545       +Daniel P Hasley,    510 Simpson Howell Road,    Elizabeth, PA 15037-2818
13577546       +David Apothaker, Esquire,    520 Fellowship Road,    Mount Laurel, NJ 08054-3407
13977074        ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13577550       +Equitable Gas,    PO BOX 6766,    Pittsburgh, PA 15212-0766
13577553        Forbes Regional,    c/o Collection Service Center,    839 5th AVenue,    P.O. Box 560,
                  New Kensington, PA 15068-0560
13577557       +Goodyear,    PO Box 6497,    Sioux Falls, SD 57117-6497
13577560       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13577559        Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,    PO Box 500,
                  Eatontown, NJ 07724-0500
13577568       +JRMC Diagnostic Service,    Department L- 3247,    Columbus, OH 43260-0001
13577563        Jefferson Regional Medical Center,     P. O. Box 3475,    Toledo, OH 43607-0475
13577564       +Jeffrey N. Thompson DO,    4016 Old William Penn Highway,    Murrysville, PA 15668-1823
13577567       +Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13577566        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13577569       +Key Bank NA,    P.O. Box 94968,    Cleveland, OH 44101-4968
13577570       +Key Corp Bank of Cleveland,    4910 Tiedeman Road,    Cleveland, OH 44144-2338
13577571       +Keystone Collections,    546 Wendel Road,    Irwin, PA 15642-7539
13577573       +Law Offices of Blatt, Hasenmiller, Leisk,    & Moore LLC,    1835 Market Street, Suite 501,
                  Philadelphia, PA 19103-2933
13626796       +McKeesport Area School District (City of McKeespor,    Keystone Collections Group,
                  c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13577576       +MedExpress,    c/o NCO Financial Systems Inc,    100 Fleet Street, 3rd Flooe,
                  Pittsburgh, PA 15220-2907
13577575       +Medcare Equipment Company,    501 West Otterman Street, Suite C,    Greensburg, PA 15601-2126
13577579       +Municipal Authority of Westmoreland,     PO Box 800,    Greensburg, PA 15601-0800
13577580       +Natioanl Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13577581       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13577587       +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
13577590       +Ocwen Loan Servicing,    PO Box 780,    Waterloo, IA 50704-0780
13577589        Ocwen Loan Servicing,    PO Box 9001719,    Orlando, FL 32878
13577591       +Portfolio Debt Collection Agency,    PO Box 12914,    Norfolk, VA 23541-0914
13577596       +Raymond P. Amatangelo,    PO Box 25,    Charleroi, PA 15022-0025
13577598       +S&T Bank,    PO Box D 456 Main St,    Brockway, PA 15824-0504
13577602        SLC Student Loan Trust,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
```

```
District/off: 0315-2          User: dbas                   Page 2 of 4                   Date Rcvd: Jul 15, 2016
                              Form ID: 149                 Total Noticed: 100


13577600       +Scott's Lawn Service,   PO Box 742585,    Cincinnati, OH 45274-2585
13577601       +Sentry Credit Inc.,   2809 Grand Avenue,    Everett, WA 98201-3417
13577603       +Sleep Disorder Medicine Associates,    1200 Brooks Lane,    Jefferson Hills, PA 15025-3769
13594856       +Sun Trust Bank,   c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
13577610      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,     5005 N River Boulevad NE,
                Cedar Rapids, IA 52411)
13668572       +The Bank of New York Mellon Truste Company, Nation,    OCWEN Loan Servicing, LLC,
                1100 Virgina Drive, Ste 175,    Fort Washington, PA 19034-3204,    Attn: BKR Dept.
13577606       +The Law Office of Edwin A. Abrahamsen,    120 N. Keyser Ave.,    Scranton, PA 18504-9701
13577607       +The Medical Bureau of Pittsburgh,    4227 Steubenville Pike,    Pittsburgh, PA 15205-9646
13577608       +The Student Loan Corporation,    c/o CitiBank South Dakota, N.A.,    PO Box 688965,
                Des Moines, IA 50368-8965
13577609        Toyota Financial Services,   PO Box,    Carol Stream, IL 60197
13618606        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13577611       +Vengroff, Williams & Associates,    P.O. Box 4155,    Sarasota, FL 34230-4155
13577612       +Walter Harris See Sr.,   1008 Woodland Avenue,     McKeesport, PA 15133-3722
13577613       +West Penn Hospital-Forbes,   PO BOX 644675,    Pittsburgh, PA 15264-4675
13577614       +West Penn Hospital-Forbes Campus,    PO BOX 644675,    Pittsburgh, PA 15264-4675
13577616       +Westmoreland Foot and Ankle,    700 Pellis Rd,    Greensburg, PA 15601-4488

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13577516       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 16 2016 00:46:57      Afni, Inc.,    P.O. Box 3517,
                Bloomington, IL 61702-3517
13596596        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2016 00:46:30
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13577525       +E-mail/Text: legal@arsnational.com Jul 16 2016 00:47:45      Associated Recovery Systems,
                P.O. Box 469046,   Escondido, CA 92046-9046
13577526       +E-mail/Text: winters.joan@comcast.net Jul 16 2016 00:48:39      Borough of Port Vue,
                1191 Romine Avenue,   Mc Keesport, PA 15133-3515
13577536       +E-mail/Text: bankruptcynotices@cbecompanies.com Jul 16 2016 00:48:34       CBE Group,
                1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
13653536        E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2016 00:46:59      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13577541       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 16 2016 00:48:35      Credit Management,
                2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13577548       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 16 2016 00:48:56      Duquesne LIght,
                Payment Processing Center,    Pittsburgh, PA 15267-0001
13612956       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 16 2016 00:48:56      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13577551       +E-mail/Text: bankruptcy@erieinsurance.com Jul 16 2016 00:48:52      Erie Insurance Group,
                100 Erie Insurance Place,    Erie, PA 16530-0001
13577554       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 00:46:51      GE Capital Retail Bank,
                PO Box 965036,   Orlando, FL 32896-5036
13577555       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 00:46:10      GECRB/Care Credit,
                PO Box 965036,   Orlando, FL 32896-5036
13577556       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 00:46:10      GERCB/Amazon PLCC,
                PO Box 965010,   Orlando, FL 32896-5010
13577561       +E-mail/Text: bankruptcy@icsystem.com Jul 16 2016 00:48:40      IC Systems Inc,
                444 Highway 96 E,   Saint Paul, MN 55127-2557
13577562       +E-mail/Text: cio.bncmail@irs.gov Jul 16 2016 00:47:42      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
13577574       +E-mail/Text: ebn@ltdfin.com Jul 16 2016 00:47:45      LTD  Financial Services LP,
                7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13665314        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2016 00:47:02
                LVNV Funding, LLC its successors and assigns as,     assignee of Washington Mutual Bank, NA,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13577577       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 16 2016 00:48:12      Midland Credit Management Inc,
                8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13577583       +E-mail/Text: egssupportservices@egscorp.com Jul 16 2016 00:48:26      NCO Financial,
                507 Prudential Road,   Horsham, PA 19044-2368
13577584       +E-mail/Text: egssupportservices@egscorp.com Jul 16 2016 00:48:27      NCO Financial Systems,
                507 Prudential Road,   Horsham, PA 19044-2368
13577585       +E-mail/Text: bankruptcydepartment@tsico.com Jul 16 2016 00:48:48      NCO Financial Systems,
                P.O. Box 15630, Dept. 72,   Wilmington, DE 19850-5630
13666256        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:00:10
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13577592        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:00:20
                Portfolio Recovery,   120 Corporate Blvd,    Norfolk, VA 23502
13577593        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 00:46:54
                Portfolio Recovery Associates,    Riverside Commerce Center,
                120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502
13577594       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 16 2016 00:48:52      Quest Diagnositcs,
                c/o Credit Collection Services,    Two Wells Aveue,    Newton Center, MA 02459-3225
13577597       +E-mail/Text: Supportservices@receivablesperformance.com Jul 16 2016 00:48:50
                Receivable Performance Inc.,    20816 44th Avenue W.,    Lynnwood, WA 98036-7744
13577599        E-mail/PDF: pa_dc_claims@navient.com Jul 16 2016 00:45:35      SallieMae,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
```

```
District/off: 0315-2           User: dbas                  Page 3 of 4                   Date Rcvd: Jul 15, 2016
                               Form ID: 149                Total Noticed: 100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13577601       +E-mail/Text: compliance@sentrycredit.com Jul 16 2016 00:48:53      Sentry Credit Inc.,
                 2809 Grand Avenue,    Everett, WA 98201-3417
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Alliance Realty Capital, LLC
cr             FCI Lender Services, Inc., Servicer for Alliance R
cr             The Bank of New York Mellon Trust Company, NA et.
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13577527*     +Borough of Port Vue,    1191 Romine Avenue,    Mc Keesport, PA 15133-3515
13577534*     +CBCS,    PO Box 2724,   Columbus, OH 43216-2724
13577535*     +CBCS,    PO Box 2724,   Columbus, OH 43216-2724
13577530*     +Capital One,    PO BOX 30281,    Salt Lake City, UT 84130-0281
13577542*     +Credit Management,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577543*     +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577552*     +Erie Insurance Group,    100 Erie Insurance Place,    Erie, PA 16530-0001
13577572*     +Keystone Collections,    546 Wendel Road,   Irwin, PA 15642-7539
13577578*     +Midland Credit Management Inc,    8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
13577586*     +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
13577588*     +Northland Group Inc,    PO Box 390905,   Minneapolis, MN 55439-0905
13577615*     +West Penn Hospital-Forbes Campus,    PO BOX 644675,    Pittsburgh, PA 15264-4675
13577522      ##+Allied Interstate LLC,    P.O. Box 4000,   Warrenton, VA 20188-4000
13577531      ##+Capital One Bank,   c/o Edwin A. Abrahamsen & Assocaites,    120 North Kyser Avenue,
                 Scranton, PA 18504-9701
13577549      ##+Edwin J. Abrahamsen & Associates PC,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
13577558       ##Guillermo Borrerro MD & Associates PC,    575 Coal Valley Road,    Suite 303,
                 Clairton, PA 15025-3730
13577565      ##+Jon A Kelly, D.P.M.,   1601 Lincoln Way,    McKeesport, PA 15131-1720
13577582      ##+Nationwide Credit Inc,    2002 Summit Boulevard,    Atlanta, GA 30319-1559
13577595      ##+Quest Diagnositcs,    PO Box 71313,   Philadelphia, PA 19176-1313
13577604      ##+Suburan Urologic Associates,    2580 Haymaker Road Suite 401,    Monroeville, PA 15146-3500
                                                                                          TOTALS: 4, * 13, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA et. al
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Neeren    on behalf of Creditor    Alliance Realty Capital, LLC dneeren@udren.com,
               vbarber@udren.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Kenneth M. Steinberg    on behalf of Debtor Walter H. See julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinber
               g.com
```

```
District/off: 0315-2          User: dbas              Page 4 of 4              Date Rcvd: Jul 15, 2016
                              Form ID: 149            Total Noticed: 100
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kenneth M. Steinberg   on behalf of Joint Debtor Rachelle L. See julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

          Stuart P. Winneg   on behalf of Creditor   Alliance Realty Capital, LLC swinneg@udren.com, cblack@udren.com

                                                    TOTAL: 10