**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Walter H. See** | : | Case No. 13−20796−GLT |
| **Rachelle L. See** | : | Chapter: 13 |
| **aka Rachelle Popowitz See** | : | |
| *Debtor(s)* | : | |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST | : | Related to Claim No. 22 |
| COMPANY, NATIONAL ASSOCIATION | : | |
| F/K/A | : | |
| THE BANK OF NEW YORK TRUST | : | |
| COMPANY, N.A. AS SUCCESSOR TO | : | |
| JPMORGAN CHASE BANK AS TRUSTEE | : | |
| FOR | : | |
| RESIDENTIAL ASSET MORTGAGE | : | |
| PRODUCTS, INC., MORTGAGE | : | |
| ASSETBACKED | : | |
| PASS−THROUGH CERTIFICATES, | : | |
| SERIES 2003−RS11 | : | |
| *Movant,* | | |

   v.
Walter H. See
Rachelle L. See
aka Rachelle Popowitz See
Ronda J. Winnecour, Esq., Trustee
   *Respondent.*

**ORDER**

   **AND NOW**, this **6th day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSETBACKED PASS−THROUGH CERTIFICATES, SERIES 2003−RS11* at Claim No. 22 in the above−captioned bankruptcy case,

   It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

   (1)   an *AMENDED CHAPTER 13 PLAN;*

   (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

   (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

   *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                              Case No. 13-20796-GLT
Walter H. See                                                       Chapter 13
Rachelle L. See
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: lfin              Page 1 of 1            Date Rcvd: Oct 06, 2016
                             Form ID: 237            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
```
db/jdb        #+Walter H. See,    Rachelle L. See,    509 Diehl Drive,    McKeesport, PA 15132-7418
               +Jeremy J. Kobeski, Esq., Id. No.94503,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13668572       +The Bank of New York Mellon Truste Company, Nation,    OCWEN Loan Servicing, LLC,
                 1100 Virgina Drive, Ste 175,    Fort Washington, PA 19034-3204,    Attn: BKR Dept.
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA et. al
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Neeren    on behalf of Creditor    Alliance Realty Capital, LLC dneeren@udren.com,
               vbarber@udren.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com
              Kenneth M. Steinberg    on behalf of Debtor Walter H. See julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Rachelle L. See
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    Alliance Realty Capital, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                              TOTAL: 11
```