**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/20/2016

IN RE:

| | |
|---|---|
| WALTER H. SEE<br>RACHELLE L. SEE<br>509 DIEHL DRIVE<br>MCKEESPORT,  PA  15132<br>XXX-XX-0235        Debtor(s)<br>XXX-XX-6546 | Case No.13-20796 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.

2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]

3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record,  (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]

4. Late-filed claims will not be paid unless all timely filed claims have been paid in full.  Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]

5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]

6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan. [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and /or proofs of claim.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice.  This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan).  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee .

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/20/2016

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:7-2 | CRED %: 0.00% | ACCOUNT NO.: 383-F-317; 2012-13 |
| POB 200 | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| BETHEL PARK, PA 15102 | COMMENT: SURR/PL~2011-12*CL=202.66@12%*AMD*W/64,65 | | |

| | | | |
|---|---|---|---|
| **ALLIANCE REALTY CAPITAL LLC** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 8180 EAST KAISER BLVD | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: ...9519 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| ANAHEIM, CA 92808 | COMMENT: RS/DOE*SURR/PL | | |

| | | | |
|---|---|---|---|
| **JORDAN TAX SERVICE INC**\*\* | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 102 RAHWAY RD | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: ...F317: 12-13 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MC MURRAY, PA 15317 | COMMENT: NO MUNIC INFO*SD?BORO?*VRFY PAYEE*R/E TAX*SURR/PL | | |

| | | | |
|---|---|---|---|
| **KEYSTONE COLLECTIONS GROUP** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| ACT 32 COLLECTOR* | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: ...F317: 11 |
| 546 WENDEL RD | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| IRWIN, PA 15642 | COMMENT: NO MUNIC INFO*SD?BORO?*VRFY PAYEE*R/E TAX*SURR/PL | | |

| | | | |
|---|---|---|---|
| **KEYSTONE COLLECTIONS GROUP** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| ACT 32 COLLECTOR* | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: ...2156: 07-10 |
| 546 WENDEL RD | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| IRWIN, PA 15642 | COMMENT: NO MUNIC INFO*SD?BORO?*VRFY PAYEE*R/E TAX*SURR/PL | | |

| | | | |
|---|---|---|---|
| **BANK OF NEW YORK MELLON** | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O OCWEN LOAN SERVICING LLC(*) | Court Claim Number:22 | CRED %: 100.00% | ACCOUNT NO.: 2806*BGN 3/13 |
| 1661 WORTHINGTON RD STE 100 | CLAIM: 49,278.58 | | MO. PMT.: $1,222.97 |
| WEST PALM BEACH, FL 33409-6493 | COMMENT: SURR/PL*PMT/DECL*DKT4PMT-LMT | | |

| | | | |
|---|---|---|---|
| **S & T BANK(*)** | Trustee Claim Number:7 | INT %: 7.82% | CRED DESC: VEHICLE |
| ATTN COLLECTIONS - RECOVERY | Court Claim Number:17 | CRED %: 100.00% | ACCOUNT NO.: 9135 |
| 355 NORTH 5TH ST | CLAIM: 3,680.96 | | MO. PMT.: $385.63 |
| INDIANA, PA 15801 | COMMENT: PIF/CONF*CL17GOVS*4055@7.818%/PL@K*PL NT K*PIF/CR-CONF | | |

| | | | |
|---|---|---|---|
| **TOYOTA MOTOR CREDIT CORP (TMCC)** | Trustee Claim Number:8 | INT %: 8.89% | CRED DESC: VEHICLE |
| POB 9490** | Court Claim Number:8 | CRED %: 100.00% | ACCOUNT NO.: 027-7B105519 |
| | CLAIM: 5,185.58 | | MO. PMT.: $539.92 |
| CEDAR RAPIDS, IA 52409-9490 | COMMENT: $CL-PL@8.89%/PL@K*PL NT K | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:23 | CRED %: 100.00% | ACCOUNT NO.: 0235 |
| PO BOX 7317 | CLAIM: 5,367.62 | | MO. PMT.: $0.00 |
| PHILADELPHIA, PA 19101-7317 | COMMENT: $CL-PL*FLD PAST BAR | | |

| | | | |
|---|---|---|---|
| **ALLEGHENY RADIOLOGY++** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 49 | Court Claim Number: | CRED %: 40.00% | ACCOUNT NO.: ...7211 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| PITTSBURGH, PA 15230 | COMMENT: | | |

| Creditor | Trustee Claim / Court Claim | INT % / CRED % | Claim / Comment | Cred Desc / Account / Mo. Pmt |
|---|---|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 11<br>Court Claim Number: 1 | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 9,008.25<br>COMMENT: 0417/SCH*FR SUNTRUST*DOC 62 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0235<br>MO. PMT.: $0.00 |
| **BOROUGH OF PORT VUE**<br>1191 ROMINE AVENUE<br>PORT VUE, PA 15133 | Trustee Claim Number: 12<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1002<br>MO. PMT.: $0.00 |
| **BOROUGH OF PORT VUE**<br>1191 ROMINE AVENUE<br>PORT VUE, PA 15133 | Trustee Claim Number: 13<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1002<br>MO. PMT.: $0.00 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14<br>Court Claim Number: 5 | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 3,113.87<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1406<br>MO. PMT.: $0.00 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 15<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6991<br>MO. PMT.: $0.00 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 16<br>Court Claim Number: 4 | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 8,215.80<br>COMMENT: 2889/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5046<br>MO. PMT.: $0.00 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 17<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5496<br>MO. PMT.: $0.00 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FUN**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 18<br>Court Claim Number: 3 | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 2,782.99<br>COMMENT: 3601/SCH*CHASE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6057<br>MO. PMT.: $0.00 |
| **CHASE/JPMORGAN CHASE(*)**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number: 19<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7378<br>MO. PMT.: $0.00 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 20<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9902<br>MO. PMT.: $0.00 |

| Creditor | Trustee Claim # | INT % | CRED % | CRED DESC | Account No. | Claim | Mo. Pmt. | Comment |
|---|---|---|---|---|---|---|---|---|
| COLONIAL ACCEPTANCE CO<br>312 FALLOWFIELD AVE<br>CHARLEROI, PA 15022 | 21 | 0.00% | 40.00% | UNSECURED CREDITOR | 229 | 0.00 | $0.00 | |
| CREDIT ACCEPTANCE CORP*<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | 22 | 0.00% | 40.00% | UNSECURED CREDITOR | ...0352 | 0.00 | $0.00 | JRMC |
| CURASCRIPT<br>7101 TPC DR STE 150<br>ORLANDO, FL 32822 | 23 | 0.00% | 40.00% | UNSECURED CREDITOR | ...6141 | 0.00 | $0.00 | NT ADR/SCH |
| DANIEL P HASLEY DMD<br>400 DUNCAN STATION RD<br>MCKEEPORT, PA 15135 | 24 | 0.00% | 40.00% | UNSECURED CREDITOR | 1506 | 0.00 | $0.00 | NT ADR/SCH |
| AMERICAN INFOSOURCE LP AGNT -DIRECTV LLC<br>MAIL STATION N387<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA 90245 | 25 (Court Claim #19) | 0.00% | 40.00% | UNSECURED CREDITOR | 7987 | 448.01 | $0.00 | |
| DUQUESNE LIGHT COMPANY (*)<br>C/O KRYSIA KUBIAK - ASST GEN COUNSEL<br>411 7TH AVE - 16-1<br>PITTSBURGH, PA 15219 | 26 (Court Claim #6) | 0.00% | 40.00% | UNSECURED CREDITOR | 6004 | 196.72 | $0.00 | |
| EQUITABLE GAS CO (*)<br>225 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | 27 | 0.00% | 40.00% | UNSECURED CREDITOR | ...0026 | 0.00 | $0.00 | |
| ERIE INSURANCE GROUP<br>100 ERIE INSURANCE PLACE<br>ERIE, PA 16530 | 28 | 0.00% | 40.00% | UNSECURED CREDITOR | ...1600 | 0.00 | $0.00 | DKT |
| ERIE INSURANCE GROUP<br>100 ERIE INSURANCE PLACE<br>ERIE, PA 16530 | 29 | 0.00% | 40.00% | UNSECURED CREDITOR | ...1771 | 0.00 | $0.00 | |
| COLLECTION SERVICE CENTER INC<br>- CORPORATE OFFICE -<br>832 5TH AVE<br>POB 560<br>NEW KENSINGTON, PA 15068 | 30 | 0.00% | 40.00% | UNSECURED CREDITOR | ...F001 | 0.00 | $0.00 | FORBES |

| Creditor | Trustee Claim / Court Claim | INT % / CRED % | Claim / Comment | CRED DESC / Account | Mo. Pmt. |
|---|---|---|---|---|---|
| **GE CAPITAL RETAIL BANK**<br>ATTN BANKRUPTCY DEPT<br>POB 960061<br>ORLANDO, FL 32896-0661 | Trustee Claim Number: 31<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0958 | MO. PMT.: $0.00 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FUN**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 32<br>Court Claim Number: 2 | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 3,495.27<br>COMMENT: 7222/SCH*GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1438 | MO. PMT.: $0.00 |
| **CAPITAL RECOVERY V LLC**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 33<br>Court Claim Number: 18-2 | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 627.25<br>COMMENT: AMAZON.COM*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0545 | MO. PMT.: $0.00 |
| **GOODYEAR/CBSD**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 34<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8384 | MO. PMT.: $0.00 |
| **GUILLERMO & BORRERO MD & ASSCO++**<br>575 COAL VALLEY RD STE 303<br>CLAIRTON, PA 15025-3730 | Trustee Claim Number: 35<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | MO. PMT.: $0.00 |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL 60197 | Trustee Claim Number: 36<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6991 | MO. PMT.: $0.00 |
| **JEFFERSON REGIONAL MEDICAL SVC**<br>POB 3475<br>TOLEDO, OH 43607-0475 | Trustee Claim Number: 37<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8300 | MO. PMT.: $0.00 |
| **JEFFREY N THOMPSON DO**<br>4016 OLD WILLIAM PENN HWY<br>MURRYSVILLE, PA 15668 | Trustee Claim Number: 38<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9570 | MO. PMT.: $0.00 |
| **JON A KELLY DPM**<br>1601 LINCOLN WAY<br>MCKEESPORT, PA 15131 | Trustee Claim Number: 39<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1694 | MO. PMT.: $0.00 |
| **JRMC DIAGNOSTIC SERVICES**<br>DEPARTMENT L-3247<br>COLUMBUS, OH 43260-0001 | Trustee Claim Number: 40<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 40.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7381 | MO. PMT.: $0.00 |

| Creditor | Trustee Claim / Court Claim | INT % / CRED % | Claim / Comment | Cred Desc / Account / Mo. Pmt. |
|---|---|---|---|---|
| **KEYBANK NA**<br>POB 94968<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 41<br>Court Claim Number: 13<br><br>CLAIM: 13,435.40<br>COMMENT: 8654/SCH*STUDENT LOAN | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6005<br><br>MO. PMT.: $0.00 |
| **KEYCORP STUDENT LOAN**<br>POB 7860<br><br>MADISON, WI 53707-7860 | Trustee Claim Number: 42<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6LA0<br><br>MO. PMT.: $0.00 |
| **MEDCARE EQUIPMENT CO++**<br>443 W PITTSBURGH ST<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 43<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4440<br><br>MO. PMT.: $0.00 |
| **MED EXPRESS BILLING**<br>POB 719<br><br>DELLSLOW, WV 26531 | Trustee Claim Number: 44<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8913<br><br>MO. PMT.: $0.00 |
| **MUNIC AUTH OF WESTMORELAND CTY**<br>ATTN BILL PAYMENT CENTER*<br>POB 800*<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 45<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6150<br><br>MO. PMT.: $0.00 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 46<br>Court Claim Number: 21<br><br>CLAIM: 2,190.74<br>COMMENT: BEST BUY/HSBC BANK | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6991<br><br>MO. PMT.: $0.00 |
| **QUEST DIAGNOSTICS++**<br>PO BOX 71303<br><br>PHILADELPHIA, PA 19176-1303 | Trustee Claim Number: 47<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1858<br><br>MO. PMT.: $0.00 |
| **QUEST DIAGNOSTICS++**<br>PO BOX 71303<br><br>PHILADELPHIA, PA 19176-1303 | Trustee Claim Number: 48<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7001<br><br>MO. PMT.: $0.00 |
| **RAYMOND P AMATANGLO**<br>312 FALLOWFIELD AVE<br><br>CHARLEROI, PA 15022 | Trustee Claim Number: 49<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ?<br><br>MO. PMT.: $0.00 |
| **SALLIE MAE INC\*\***<br>220 LASLEY AVE<br><br>WILKES-BARRE, PA 18706 | Trustee Claim Number: 50<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 40.00% | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2001<br><br>MO. PMT.: $0.00 |

| Creditor | Address | Trustee Claim Number | INT % | CRED % | Claim | Comment | CRED DESC | Account No. | Mo. Pmt. |
|---|---|---|---|---|---|---|---|---|---|
| SCOTTS LAWN SERVICE | POB 742585, CINCINNATI, OH 45274 | 51 | 0.00% | 40.00% | 0.00 | | UNSECURED CREDITOR | ...5030 | $0.00 |
| SLEEP DISORDER MEDICINE ASSOC | 1200 BROOKS LN JMA BLDG, CLAIRTON, PA 15025 | 52 | 0.00% | 40.00% | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | ...2 | $0.00 |
| SUBURBAN UROLOGIC ASSOC | 2580 HAYMAKER RD STE 401, MONROEVILLE, PA 15146 | 53 | 0.00% | 40.00% | 0.00 | | UNSECURED CREDITOR | ...1571 | $0.00 |
| T MOBILE | BKO TEAM, POB 53410, BELLEVUE, WA 98015-3410 | 54 | 0.00% | 40.00% | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | ...4722 | $0.00 |
| THE STUDENT LOAN CORP | POB 688965, DES MOINES, IA 50368 | 55 | 0.00% | 40.00% | 0.00 | NT ADR/SCH*CITIBANK | UNSECURED CREDITOR | ...0020 | $0.00 |
| WALTER H SEE SR | 1008 WOODLAND AVE, MCKEESPORT, PA 15133 | 56 | 0.00% | 40.00% | 0.00 | | UNSECURED CREDITOR | ? | $0.00 |
| WEST PENN HOSPITAL | POB 94648, CLEVELAND, OH 44101 | 57 | 0.00% | 40.00% | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | ...1988 | $0.00 |
| WEST PENN HOSPITAL | POB 94648, CLEVELAND, OH 44101 | 58 | 0.00% | 40.00% | 0.00 | NT ADR/SCH*FORBES | UNSECURED CREDITOR | ...6937 | $0.00 |
| WEST PENN HOSPITAL | POB 94648, CLEVELAND, OH 44101 | 59 | 0.00% | 40.00% | 0.00 | NT ADR/SCH*FORBES | UNSECURED CREDITOR | ...8721 | $0.00 |
| WESTMORELAND FOOT & ANKLE | 700 PELLIS RD, GREENSBURG, PA 15601 | 60 | 0.00% | 40.00% | 0.00 | | UNSECURED CREDITOR | ...3605 | $0.00 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account / Mo. Pmt |
|---|---|---|---|
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 61   INT %: 0.00%<br>Court Claim Number:   CRED %: 40.00%<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ?<br>MO. PMT.: $0.00 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 62   INT %: 0.00%<br>Court Claim Number:   CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: BNY MELLON/JPMORGAN CHASE /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2806<br>MO. PMT.: $0.00 |
| **BANK OF NEW YORK MELLON**<br>C/O OCWEN LOAN SERVICING LLC(*)<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number: 63   INT %: 0.00%<br>Court Claim Number: 22   CRED %: 100.00%<br>CLAIM: 8,163.89<br>COMMENT: SURR/PL*$CL-PL*THRU 2/13 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2806<br>MO. PMT.: $0.00 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 64   INT %: 0.00%<br>Court Claim Number: 7-2   CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=32.11*AMD*W/1,65 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 383-F-317; 2012-13 NON-INT<br>MO. PMT.: $0.00 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 65   INT %: 0.00%<br>Court Claim Number: 7-2   CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: PROP NT/SCH*RMVD/AMD CL*W 1,64*DK | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 554-B-119; 2013<br>MO. PMT.: $0.00 |
| **MCKEESPORT ASD (MCKEESPORT) (EIT)**<br>%KEYSTONE CLLCTNS GRP-DLQ YRS<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 66   INT %: 0.00%<br>Court Claim Number: 9   CRED %: 40.00%<br>CLAIM: 1,488.62<br>COMMENT: NT/SCH*2007-09*A222156 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2156<br>MO. PMT.: $0.00 |
| **CITY OF MCKEESPORT (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 67   INT %: 0.00%<br>Court Claim Number: 10   CRED %: 40.00%<br>CLAIM: 4,077.05<br>COMMENT: NT/SCH*A2222156; 2007-2009 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2156<br>MO. PMT.: $0.00 |
| **KEYBANK NA**<br>POB 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 68   INT %: 0.00%<br>Court Claim Number: 11   CRED %: 40.00%<br>CLAIM: 360.82<br>COMMENT: SCH@41*STUDENT LOAN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6003<br>MO. PMT.: $0.00 |
| **KEYBANK NA**<br>POB 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 69   INT %: 0.00%<br>Court Claim Number: 12   CRED %: 40.00%<br>CLAIM: 11,995.50<br>COMMENT: SCH@41*STUDENT LOAN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6002<br>MO. PMT.: $0.00 |
| **KEYBANK NA**<br>POB 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 70   INT %: 0.00%<br>Court Claim Number: 14   CRED %: 40.00%<br>CLAIM: 11,860.82<br>COMMENT: SCH@41*STUDENT LOAN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6001<br>MO. PMT.: $0.00 |

| | | |
|---|---|---|
| **KEYBANK NA** | Trustee Claim Number: 71   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94968 | Court Claim Number: 15   CRED %: 40.00% | ACCOUNT NO.: 6007 |
| | CLAIM: 6,474.43 | MO. PMT.: $0.00 |
| CLEVELAND, OH  44101 | COMMENT: SCH@41*STUDENT LOAN | |
| **KEYBANK NA** | Trustee Claim Number: 72   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94968 | Court Claim Number: 16   CRED %: 40.00% | ACCOUNT NO.: 6004 |
| | CLAIM: 1,209.09 | MO. PMT.: $0.00 |
| CLEVELAND, OH  44101 | COMMENT: SCH@41*STUDENT LOAN | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number: 73   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number: 20   CRED %: 40.00% | ACCOUNT NO.: 8269 |
| POB 10587 | | |
| | CLAIM: 2,549.59 | MO. PMT.: $0.00 |
| GREENVILLE, SC  29603-0587 | COMMENT: NT/SCH*WAMU | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number: 74   INT %: 0.00% | CRED DESC: UNSECURED/LATE FILED |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: 23   CRED %: 0.00% | ACCOUNT NO.: 0235 |
| PO BOX 7317 | | |
| | CLAIM: 104.00 | MO. PMT.: $0.00 |
| PHILADELPHIA, PA  19101-7317 | COMMENT: NO GEN UNS/SCH | |