FORM TPA 003
Revised: 08/10/05

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/12/17 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| Walter H. See | ) | Case No. 13-20796 GLT |
| Rachelle L. See | ) | Chapter 13 |
| Debtors | ) | |
| | ) | |
| Rachelle L. See | ) | |
| Movant | ) | Docket No. 82 |
| vs | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, upon consideration of the ***APPLICATION TO EMPLOY REALTOR/BROKER*** it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The application is hereby Approved as of the date the Application was filed.

2. Keith A. Soles and Howard Hanna are hereby appointed as Realtor/Brokers for the Debtor in this bankruptcy proceeding pursuant to the terms describer in the listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of the real estate located at 509 Diehl Drive, McKeesport, PA 15132. A realtor commission of 6% of the sale price is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final Compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

Prepared by:  Kenneth Steinberg, Esq.

**DEFAULT ENTRY**

Dated: July 12, 2017

_____
Gregory  Taddonio     hct
United States Bankruptcy Judge

cc    Kenneth Steinberg, Esq.

Ronda Winnecour, Esquire
Rachelle L. See
Keith A. Soles
Office of the United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Walter H. See
Rachelle L. See
    Debtors

Case No. 13-20796-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Jul 12, 2017
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
jdb    #+Rachelle L. See,   509 Diehl Drive,   McKeesport, PA 15132-7418
r    Keith A. Soles,   Howard Hanna,   314 Long Road,   McKeesport, PA  15132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:

    Andrew F Gornall   on behalf of Creditor   The Bank of New York Mellon Trust Company, NA et. al agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    David Neeren   on behalf of Creditor   Alliance Realty Capital, LLC dneeren@udren.com, vbarber@udren.com
    James Warmbrodt   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. bkgroup@kmllawgroup.com
    Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
    Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. pawb@fedphe.com
    Jerome B. Blank   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. pawb@fedphe.com
    Kenneth M. Steinberg   on behalf of Joint Debtor Rachelle L. See julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
    Kenneth M. Steinberg   on behalf of Debtor Walter H. See julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    Stuart P. Winneg   on behalf of Creditor   Alliance Realty Capital, LLC swinneg@udren.com, cblack@udren.com
    TOTAL: 13