IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Walter H. See, ) | Case No. 13-20796-GLT |
| Rachelle L. See, ) | |
|     *Debtor(s)* ) | Chapter 13 |
| ) | Related Docket No |
| ) | |
| Walter H. See, ) | |
| Rachelle L. See, ) | |
|     *Movant(s)* ) | |
| ) | |
|     Vs. ) | |
| ) | |
| Allegheny County Treasurer, Alliance ) | |
| Realty Capital, Allied Interstate LLC, ) | |
| American Infosource, Jerome Blank, ) | |
| CBE Group, Capital One Bank, Capital ) | |
| Recovery, Citibank NY State, ECMC, ) | |
| Duquesne Light, Equitable Gas, Goodyear, ) | |
| GE Capital Retail Bank, HSBC Bank, IC ) | |
| Systems, Jefferson Regional Medical Center) | |
| Jordan Tax Service, Key Corp Bank of ) | |
| Cleveland, Jeremy Kobeski, Law Offices of ) | |
| Blatt, Hasenmiller, Leisk, and Moore, ) | |
| Medcare Equipment Company, NCO ) | |
| Financial, National Recovery Agency, ) | |
| David Neeren, Ocwen Loan Servicing, ) | |
| Portfolio Debt Collections Agency, Quest ) | |
| Diagnostics, S&T Bank, Scotts Lawn Service) | |
| Sentry Credit Inc., T-mobile, Medical Bureau) | |
| of Pittsburgh, Toyota Motor Credit Corp., ) | |
| West Penn Hospital-Forbes, Direct TV, ) | |
| AES/Keycorp Trust, Allegheny Radiology ) | |
| Associates, Allied Internation Credit Corp, ) | |
| Borough of Port Vue, Chase Bank, City of ) | |
| McKeesport, Credit Management, Erie ) | |
| Insurance Group, GECRB/Care Credit, ) | |
| Hayt, Hayt, and Landua, Internal Revenue ) | |
| Service, Keystone Collections, LTD ) | |
| Financial Services, McKeesport Area School) | |
| District, Northland Group, SLC Student ) | |
| Loan Trust, Sleep Disorder Medicine Assoc,) | |
| Suburban Urilogical Associates, Bank of ) | |
| New York Mellon Trust, The Student Loan ) | |

|   |   |
|---|---|
| Corporation, AFNI, CBCS, Colonial | ) |
| Acceptance, Curascript, Amazon, | ) |
| Guierrmo Borerro MD, JRMC Diagnostic, | ) |
| MedExpress, Municipal Authority of | ) |
| Westmoreland, Nationwide Credit Inc., | ) |
| Pennsylvania Department of Revenue, | ) |
| Sallie Mae, SunTrust Bank, Vengroff | ) |
| Williams and Associates, Westmoreland | ) |
| Foot and Ankle, and Ronda J. Winnecour, | ) |
| Chapter 13 Trustee, | ) |
| *Respondent(s)* | ) |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO SELL REAL ESTATE FREE AND DIVESTED OF LIENS

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the motion no later than **August 21, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **September 6, 2017 at 10:30 a.m.** before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| August 4, 2017 | /s/ Kenneth M. Steinberg |
| DATE | Kenneth M. Steinberg |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 707 Grant Street, Suite 2830 |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I.D. No. 31244 |
| | kenny.steinberg@steidl-steinberg.com |