Bankruptcy Notice. Case Number: 13-20796-GLT. Debtor: Walter H. See, Rachelle L. See        PAGE 1 OF 1

# Proof of Publication of Notice in Pittsburgh Legal Journal

*Commonwealth of Pennsylvania* }
} SS:
*County of Allegheny,* }

Before me, the undersigned notary public, this day, personally appeared Sharon Antill to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Aug 15, 2017**

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 16th day of August, 2017

_____
Notary Public

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania In Re: Walter H. See, Rachelle L. See Bankruptcy Number: 13-20796-GLT Notice Of Sale To Creditors And Other Parties In Interest

Notice is hereby given that Kenneth M. Steinberg, Attorney for the Debtors, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Debtors, Walter H. See and Rachelle L. See, have received an offer of $109,900.00 for the Debtors' real property being known as 509 Diehl Drive, McKeesport, PA 15132 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on September 6, 2017 at 10:30 a.m. for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the debtors' attorney, Kenneth M. Steinberg, Esquire, Steidl & Steinberg, Gulf Tower, 707 Grant St., Ste. 2830, Pittsburgh, PA 15219-2105, 412-391-8000.
17-04662 Aug 15, 2017

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jacob H. Glatz, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 11, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Kenneth M. Steinberg
Steidl & Steinberg
Gulf Tower
707 Grant St., Ste. 2830
Pittsburgh, PA 15219-2105

### Statement of Advertising Cost
For publishing the notice or advertisement on the above stated dates... $185.65
Proof Fees ............................................. $1.00
Total ................................................. $186.65

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 17-04662