**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
SEP 07 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | Case No.: | 13-20796-GLT |
| Walter H. See | Chapter: | 13 |
| Rachelle L. See | | |
| | Date: | 9/6/2017 |
| Debtor(s). | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #87 Motion to Sell Property Free and Clear of Liens under Section 363(f)
           # 92- Response filed by Bank of New York Mellon Trust Company
           # 93 - Proposed Order filed by the Debtors
              # 95 - Proof of Publication of Notice of Sale

**APPEARANCES:**
  Debtor:   Julie Steidl; Keith A. Soles (real-estate agent present)
  BNY:      James Prostko

**NOTES:**

Steidl: Requests one week to work out outstanding issues.

Court: 6% ($6,540) is the ceiling on the seller's assist?

Soles: Yes.

Soles & Steidl: All other mortgage and other contingencies have been satisfied.

*<The Court exposes the property at 509 Diehl Dr., McKeesport, PA for sale.>*

Court: The offer is the highest and best for the property.

**OUTCOME:**

1. On or before September 13, 2017, the Debtor shall file a proposed order approving the sale under certification of counsel.

**DATED:** 9/6/2017