IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Walter See, ) | Case No. 13-20796 |
| Rachelle See, ) | Chapter 13 |
| Debtor(s) ) | |

# NOTICE OF CHANGE OF ADDRESS

AND NOW, come the debtors by and through their attorney Kenneth M. Steinberg, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtors, Walter & Rachelle See, had an address of 509 Diehl Drive, McKeesport, PA 15132.

2. The debtors have since moved and the new address is 418 Greenwood Drive, Greensburg, PA 15601.

WHEREFORE, the debtors, Walter & Rachelle See, respectfully filed this Notice of Change of Address.

Respectfully submitted,

February 13, 2018         /s/Kenneth M. Steinberg
DATE                                Kenneth M. Steinberg, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          707 Grant Street
                                          Suite 2830
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          kenny.steinberg@steidl-steinberg.com
                                          PA ID #34965