2/16/18 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              )
Walter H. See                                       )        Case No. 13-20796 GLT
Rachelle L. See                                     )
     Debtor                 )
                                                    )        Chapter 13
Steidl and Steinberg, P.C.                          )        Document No. 105
     Applicant              )
                                                    )
                                                    )
     vs.                    )
                                                    )
Office of the U.S. Trustee, Ronda J. Winnecour,     )
Trustee, AES/Key Corp. AFNI, Allegheny Co.          )
Treasurer, Allegheny Radiology Assoc., Alliance Realty)
Capital, Allied International Credit Corp., Allied   )
Interstate, American Infosource, Associated Recovery )
Systems, Borough of Port Vue, CBCS, CBE Group,      )
Capital One, Capital Recovery, Chase Bank, CitiBank )
NY, City of McKeesport, Colonial Acceptance, County )
of Allegheny, Credit Management, CuraScript,        )
DirecTV, Duquesne Light, ECMC, Equitable Gas, Erie  )
Insurance Group, Forbes Regional, GE Capital Retail )
Bank, GECRB/Care Credit, GERCB/Amazon PLCC,         )
Goodyear, Guillermo Borrerro MD and Assoc., HSBC    )
Bank, IC Systems, IRS, JRMC Diagnostics, Jeffrey    )
Thompson DO, Jon Kelly DPM, Jordan Tax Service,     )
Key Bank, Key Corp Bank of Cleveland, Keystone      )
Collections, LTD Financial, LVNV Funding,           )
McKeesport Area SD, MedExpress, Medcare             )
Equipment Co., Midland Credit Management, Municipal )
Authority of Westmoreland Co., NCO Financial,       )
National Recovery Agency, Nationwide Credit,        )
Northland Group, Ocwen Loan Servicing, PA Dept. of  )
Revenue, Portfolio Debt Collection Agency, Portfolio )
Recovery Assoc., Quest Diagnostics, Receivables     )
Performance, S&T Bank, SLC Student Loan Trust,      )
SallieMae, Scott's Lawn Service, Sentry Credit Inc., )
Sleep Disorder Medicine Assoc., Suburban Urologic   )
Assoc., Sun Trust Bank, T Mobile, Bank of New York  )
Mellon, Medical Bureau of Pittsburgh, the Student Loan)
Corp., Toyota Financial Services, Toyota Motor Credit )
Corp., West Penn Hospital- Forbes, Westmoreland Foot )
and Ankle,                                          )
     Respondents            )

## ORDER OF COURT

AND NOW, to-wit this ___16th___ day of ___February___, 2018, after consideration of

the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED,

ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of

   $6,510.00 for work performed in the Chapter 13 case by Debtors' counsel from

   December 14, 2012, to January 24, 2018.

2) The Debtors paid their counsel for administrative costs and expenses totaling $681.00

   prior to case filing, which included the court filing fee of $281.00. Expenses

   reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid an $400.00

   retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid,

   $3,300.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total

   amount of allowed fees in this case for Debtors' counsel is $10,210.00, with the total to

   be paid through the Plan by the Trustee being $5,500.00 (representing the $3,300.00

   previously approved to be paid (as set forth above), and an additional $2,200.00 that was

   approved as part of the Amended Plans dated October 13, 2014 (at Doc. 55) and May 26,

   2016 (at Doc. 69) which were confirmed on November 17, 2014 (at Doc. 58) and on July

   15, 2016 (at Doc. 74) respectively,

4) The fees requested will not decrease the amount to be paid to other creditors being paid

   through the Chapter 13 Plan;

5) The clerk shall record the total compensation as $6,510.00.  The remaining balance is to

   be waived.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Prepared by: Kenneth Steinberg, Esq
DEFAULT ENTRY
Dated: 2/16/18
cm: Kenneth Steinberg, Esq.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-20796-GLT
Walter H. See                                                      Chapter 13
Rachelle L. See
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Feb 16, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db/jdb          +Walter H. See,    Rachelle L. See,    418 Greenwood Drive,    Greensburg, PA 15601-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA et. al
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David  Neeren    on behalf of Creditor    Alliance Realty Capital, LLC dneeren@udren.com,
               vbarber@udren.com
              James  Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Rachelle L. See
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Walter H. See julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acar@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    Alliance Realty Capital, LLC swinneg@udren.com,
               cblack@udren.com
              Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com
                                                                          TOTAL: 15