IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | |
| **Walter H. See** | : | **Case No.: 13-20796** |
| **Rachelle L. See AKA Rachelle** | : | **Chapter 13** |
| **Popowitz See** | : | **Judge Gregory L. Taddonio** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ Pass-Through Trust , its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 18-008299

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

18-008299_BAS1

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

        Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-008299_BAS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| Walter H. See | : Case No.: 13-20796 |
| Rachelle L. See AKA Rachelle | : Chapter 13 |
| Popowitz See | : Judge Gregory L. Taddonio |
| | : * * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : |
| | : |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 16, 2018.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219

Kenneth M. Steinberg, Attorney for  Walter H. See and Rachelle L. See AKA Rachelle Popowitz See, Steidl & Steinberg, Suite 2830 Gulf Tower., Pittsburgh, PA  15219, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
Walter H. See and Rachelle L. See AKA Rachelle Popowitz See, 418 Greenwood Drive, Greensburg, PA  15601

Walter H. See and Rachelle L. See AKA Rachelle Popowitz See, 509 Diehl Drive, McKeesport, PA 15132

EXECUTED ON: March 16, 2018

            By: /s/ Karina Velter
            Signature
            Karina Velter, Esquire
            Typed Name
            P.O. Box 165028, Columbus, OH 43216-5028
            Address
            614-220-5611

18-008299_BAS1

        Phone No.
        94781
        List Bar I.D. and State of Admission

18-008299_BAS1