**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WALTER H. SEE<br>RACHELLE L. SEE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Repondents. | Case No.:13-20796<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

| | |
|---|---|
| March 28, 2018 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/27/2013 and confirmed on 4/12/13. The case was subsequently          Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,216.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 115,216.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,500.00 | |
|   Trustee Fee | 4,291.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,791.38 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ALLIANCE REALTY CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9519 | | | | |
|   BANK OF NEW YORK MELLON | 49,278.58 | 49,278.58 | 0.00 | 49,278.58 |
|     Acct: XXXXXXXXX3/13 | | | | |
|   BANK OF NEW YORK MELLON | 8,163.89 | 8,163.89 | 0.00 | 8,163.89 |
|     Acct: 2806 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXX2-13 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2-13 | | | | |
|   KEYSTONE COLLECTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX: 11 | | | | |
|   KEYSTONE COLLECTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX7-10 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX-INT | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX2013 | | | | |
|   S & T BANK(*) | 3,680.96 | 3,680.96 | 175.38 | 3,856.34 |
|     Acct: 9135 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 5,185.58 | 5,185.58 | 275.79 | 5,461.37 |
|     Acct: XXXXXXX5519 | | | | |
| | | | | 66,760.18 |
| **Priority** | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WALTER H. SEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,200.00 | 2,200.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX4-18 | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 5,367.62 | 5,367.62 | 0.00 | 5,367.62 |
| Acct: 0235 | | | | |
| CLERK, U S BANKRUPTCY COURT | 37.61 | 37.61 | 0.00 | 37.61 |
| Acct: XXXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 5,405.23 |
| **Unsecured** | | | | |
| ALLEGHENY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7211 | | | | |
| ECMC(*) | 9,008.25 | 3,590.87 | 0.00 | 3,590.87 |
| Acct: 0235 | | | | |
| BOROUGH OF PORT VUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1002 | | | | |
| BOROUGH OF PORT VUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1002 | | | | |
| CAPITAL ONE BANK NA** | 3,113.87 | 1,241.25 | 0.00 | 1,241.25 |
| Acct: 1406 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6991 | | | | |
| CAPITAL ONE BANK NA** | 8,215.80 | 3,274.98 | 0.00 | 3,274.98 |
| Acct: 5046 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5496 | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDL | 2,782.99 | 1,109.36 | 0.00 | 1,109.36 |
| Acct: 6057 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7378 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9902 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 229 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0352 | | | | |
| CURASCRIPT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6141 | | | | |
| DANIEL P HASLEY DMD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1506 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DII | 448.01 | 178.59 | 0.00 | 178.59 |
| Acct: 7987 | | | | |
| DUQUESNE LIGHT COMPANY* | 196.72 | 78.42 | 0.00 | 78.42 |
| Acct: 6004 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0026 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1600 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1771 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXF001 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0958 | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDL | 3,495.27 | 1,393.28 | 0.00 | 1,393.28 |
| Acct: 1438 | | | | |
| CAPITAL RECOVERY V LLC++ | 627.25 | 212.42 | 0.00 | 212.42 |
| Acct: 0545 | | | | |
| GOODYEAR/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8384 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   GUILLERMO & BORRERO MD & ASSOC+· | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6991 | | | | |
|   JEFFERSON REGIONAL MEDICAL SVC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8300 | | | | |
|   JEFFREY N THOMPSON DO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9570 | | | | |
|   JON A KELLY DPM++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1694 | | | | |
|   JRMC DIAGNOSTIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7381 | | | | |
|   KEYBANK NA | 13,435.40 | 5,355.62 | 0.00 | 5,355.62 |
|     Acct: 6005 | | | | |
|   KEYCORP STUDENT LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6LA0 | | | | |
|   MEDCARE EQUIPMENT CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4440 | | | | |
|   MED EXPRESS BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8913 | | | | |
|   MUNIC AUTH OF WESTMORELAND CTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6150 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,190.74 | 873.27 | 0.00 | 873.27 |
|     Acct: 6991 | | | | |
|   QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1858 | | | | |
|   QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7001 | | | | |
|   RAYMOND P AMATANGLO++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   SALLIE MAE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2001 | | | | |
|   SCOTTS LAWN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5030 | | | | |
|   SLEEP DISORDER MEDICINE ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ...2 | | | | |
|   SUBURBAN UROLOGIC ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1571 | | | | |
|   T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4722 | | | | |
|   THE STUDENT LOAN CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0020 | | | | |
|   WALTER H SEE SR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WEST PENN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1988 | | | | |
|   WEST PENN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6937 | | | | |
|   WEST PENN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8721 | | | | |
|   WESTMORELAND FOOT & ANKLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3605 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2806 | | | | |
|   MCKEESPORT ASD (MCKEESPORT) (EIT | 1,488.62 | 593.39 | 0.00 | 593.39 |
|     Acct: 2156 | | | | |
|   CITY OF MCKEESPORT (EIT) | 4,077.05 | 1,625.19 | 0.00 | 1,625.19 |
|     Acct: 2156 | | | | |

13-20796                                                                                                          Page 4 of 4

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| KEYBANK NA | 360.82 | 143.83 | 0.00 | 143.83 |
| Acct: 6003 | | | | |
| KEYBANK NA | 11,995.50 | 4,781.65 | 0.00 | 4,781.65 |
| Acct: 6002 | | | | |
| KEYBANK NA | 11,860.82 | 4,727.96 | 0.00 | 4,727.96 |
| Acct: 6001 | | | | |
| KEYBANK NA | 6,474.43 | 2,580.84 | 0.00 | 2,580.84 |
| Acct: 6007 | | | | |
| KEYBANK NA | 1,209.09 | 481.97 | 0.00 | 481.97 |
| Acct: 6004 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,549.59 | 1,016.32 | 0.00 | 1,016.32 |
| Acct: 8269 | | | | |
| INTERNAL REVENUE SERVICE* | 104.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0235 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 33,259.21 |

TOTAL PAID TO CREDITORS                                                              105,424.62

TOTAL
CLAIMED         5,405.23
PRIORITY       66,309.01
SECURED        83,634.22


Date: 03/28/2018                                      /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WALTER H. SEE
    RACHELLE L. SEE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-20796

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 13-20796-GLT
Walter H. See                                                           Chapter 13
Rachelle L. See
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                    Page 1 of 4                   Date Rcvd: Mar 29, 2018
                              Form ID: pdf900               Total Noticed: 101


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db/jdb         +Walter H. See,    Rachelle L. See,    418 Greenwood Drive,    Greensburg, PA 15601-1208
aty            +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
r               Keith A. Soles,    Howard Hanna,    314 Long Road,    McKeesport, PA 15132
13577515        AES/Key Corp Trust,    P.O. Box 2641,    Harrisburg, PA 17105
13577521       ++ALLIED INTERNATIONAL CREDIT CORP US,     6800 PARAGON PLACE,    SUITE 400,
                 RICHMOND VA 23230-1654
               (address filed with court: Allied International Credit Corporation,
                 6800 Paragon Place, Suite 400,    Richmond, VA 23230)
13577517        Allegheny County Treasurer,    First Floor, Courthouse,    Grant Street,    Pittsburgh, PA 15219
13577518       +Allegheny Radiology Associates,    P.O. Box 49,    Pittsburgh, PA 15230-0049
13577520       +Alliance Realty Capital LLC,    c/o Federman & Associates LLC,    305 York Road, Suite 300,
                 Jenkintown, PA 19046-3249
13577519       +Alliance Realty Capital LLC,    8180 East Kaiser Boulevard,    Anaheim, CA 92808-2277
13577523       +Allied Interstate LLC,    P.O. Box 1954,    Southgate, MI 48195-0954
13577524        American Edcuation Services,    Harrisburg, PA 17130-0001
13661947       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13577533       +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
13577528       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13602967        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13577532       +Capital One Bank NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13577537       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13577538       +Chase Bank USA,,    PO Box 15298,    Wilmington, DE 19850-5298
13577539       +Citibank NY State NA,    PO Box 22828,    Rochester, NY 14692-2828
13626798       +City of McKeesport,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                 Irwin, PA 15642-7539
13577540       #+Colonial Acceptance,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
13618323       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13577544        CuraScript,    23857 Network PL,    Chicago, IL 60673-1238
13577547       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    PO BOX 11732,    Newark, NJ 07101)
13577545       +Daniel P Hasley,    510 Simpson Howell Road,    Elizabeth, PA 15037-2818
13577546       +David Apothaker, Esquire,    520 Fellowship Road,    Mount Laurel, NJ 08054-3407
13977074        ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13577553        Forbes Regional,    c/o Collection Service Center,    839 5th AVenue,    P.O. Box 560,
                 New Kensington, PA 15068-0560
13577557       +Goodyear,    PO Box 6497,    Sioux Falls, SD 57117-6497
13577560       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13577559        Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13577561       +IC Systems Inc,    444 Highway 96 E,    Saint Paul, MN 55127-2557
13577568       +JRMC Diagnostic Service,    Department L- 3247,    Columbus, OH 43260-0001
13577563        Jefferson Regional Medical Center,    P. O. Box 3475,    Toledo, OH 43607-0475
13577564       +Jeffrey N. Thompson DO,    4016 Old William Penn Highway,    Murrysville, PA 15668-1823
13577567       +Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13577566        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13577569       +Key Bank NA,    P.O. Box 94968,    Cleveland, OH 44101-4968
13577570       +Key Corp Bank of Cleveland,    4910 Tiedeman Road,    Cleveland, OH 44144-2338
13577571       +Keystone Collections,    546 Wendel Road,    Irwin, PA 15642-7539
13577573       +Law Offices of Blatt, Hasenmiller, Leisk, & Moore LLC,     1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
13626796       +McKeesport Area School District (City of McKeespor,     Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13577576       +MedExpress,    c/o NCO Financial Systems Inc,    100 Fleet Street, 3rd Flooe,
                 Pittsburgh, PA 15220-2907
13577575       +Medcare Equipment Company,    501 West Otterman Street, Suite C,    Greensburg, PA 15601-2126
13577579       +Municipal Authority of Westmoreland,    PO Box 800,    Greensburg, PA 15601-0800
13577587       +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
13577589        Ocwen Loan Servicing,    PO Box 9001719,    Orlando, FL 32878
13577590       +Ocwen Loan Servicing,    PO Box 780,    Waterloo, IA 50704-0780
13577591       +Portfolio Debt Collection Agency,    PO Box 12914,    Norfolk, VA 23541-0914
13577595        Quest Diagnositcs,    PO Box 71313,    Philadelphia, PA 19176
13577596       +Raymond P. Amatangelo,    PO Box 25,    Charleroi, PA 15022-0025
13577598       #+S&T Bank,    PO Box D 456 Main St,    Brockway, PA 15824-0504
13577602        SLC Student Loan Trust,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
13577600       +Scott's Lawn Service,    PO Box 742585,    Cincinnati, OH 45274-2585
13577603       +Sleep Disorder Medicine Associates,    1200 Brooks Lane,    Jefferson Hills, PA 15025-3769
13577604       +Suburan Urologic Associates,    2580 Haymaker Road Suite 401,    Monroeville, PA 15146-3500
```

```
District/off: 0315-2          User: jhel                 Page 2 of 4                  Date Rcvd: Mar 29, 2018
                              Form ID: pdf900            Total Noticed: 101


13594856       +Sun Trust Bank,    c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
13577605      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court:    T- Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596)
13577610      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:    Toyota Motor Credit Corp,    5005 N River Boulevad NE,
                 Cedar Rapids, IA 52411)
13668572       +The Bank of New York Mellon Truste Company, Nation,    OCWEN Loan Servicing, LLC,
                 1100 Virgina Drive, Ste 175,    Fort Washington, PA 19034-3278,    Attn: BKR Dept.
13577606       +The Law Office of Edwin A. Abrahamsen,    120 N. Keyser Ave.,    Scranton, PA 18504-9701
13577607       +The Medical Bureau of Pittsburgh,    4227 Steubenville Pike,    Pittsburgh, PA 15205-9646
13577608       +The Student Loan Corporation,    c/o CitiBank South Dakota, N.A.,    PO Box 688965,
                 Des Moines, IA 50368-8965
13577609        Toyota Financial Services,    PO Box,    Carol Stream, IL 60197
13618606        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13577611       +Vengroff, Williams & Associates,    P.O. Box 4155,    Sarasota, FL 34230-4155
13577612       +Walter Harris See Sr.,    1008 Woodland Avenue,    McKeesport, PA 15133-3722
13577613       +West Penn Hospital-Forbes,    PO BOX 644675,    Pittsburgh, PA 15264-4675
13577614       +West Penn Hospital-Forbes Campus,    PO BOX 644675,    Pittsburgh, PA 15264-4675
13577616       +Westmoreland Foot and Ankle,    700 Pellis Rd,    Greensburg, PA 15601-4488

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13577516       +E-mail/Text: EBNProcessing@afni.com Mar 30 2018 04:08:51       Afni, Inc.,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
13596596        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2018 04:23:17
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13577525       +E-mail/Text: legal@arsnational.com Mar 30 2018 04:08:09       Associated Recovery Systems,
                 P.O. Box 469046,    Escondido, CA 92046-9046
13577526       +E-mail/Text: winters.joan@comcast.net Mar 30 2018 04:09:16       Borough of Port Vue,
                 1191 Romine Avenue,    Mc Keesport, PA 15133-3515
13577536       +E-mail/Text: bankruptcynotices@cbecompanies.com Mar 30 2018 04:09:09       CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13653536        E-mail/PDF: rmscedi@recoverycorp.com Mar 30 2018 04:14:09       Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13577541       +E-mail/Text: abovay@creditmanagementcompany.com Mar 30 2018 04:09:12       Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577548       +E-mail/Text: kburkley@bernsteinlaw.com Mar 30 2018 04:09:30       Duquesne LIght,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13612956       +E-mail/Text: kburkley@bernsteinlaw.com Mar 30 2018 04:09:30       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13577551       +E-mail/Text: bankruptcy@erieinsurance.com Mar 30 2018 04:09:40       Erie Insurance Group,
                 100 Erie Insurance Place,    Erie, PA 16530-0001
13577554       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 04:14:34       GE Capital Retail Bank,
                 PO Box 965036,    Orlando, FL 32896-5036
13577555       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 04:14:34       GECRB/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
13577556       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2018 04:14:31       GERCB/Amazon PLCC,
                 PO Box 965010,    Orlando, FL 32896-5010
13577562       +E-mail/Text: cio.bncmail@irs.gov Mar 30 2018 04:08:02       Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13577574       +E-mail/Text: ebn@ltdfin.com Mar 30 2018 04:08:08       LTD  Financial Services LP,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13665314        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:15:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Washington Mutual Bank, NA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13577577       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2018 04:08:34       Midland Credit Management Inc,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13577583       +E-mail/Text: egssupportservices@alorica.com Mar 30 2018 04:08:55       NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
13577584       +E-mail/Text: egssupportservices@alorica.com Mar 30 2018 04:08:55       NCO Financial Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
13577585       +E-mail/Text: bankruptcydepartment@tsico.com Mar 30 2018 04:09:22       NCO Financial Systems,
                 P.O. Box 15630, Dept. 72,    Wilmington, DE 19850-5630
13577580       +E-mail/Text: Bankruptcies@nragroup.com Mar 30 2018 04:09:45       Natioanl Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13577581        E-mail/Text: Bankruptcies@nragroup.com Mar 30 2018 04:09:45       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13577592        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:14:08
                 Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
13577593        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:15:11
                 Portfolio Recovery Associates,    Riverside Commerce Center,
                 120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502
13666256        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:14:09
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13577594       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 30 2018 04:09:40       Quest Diagnositcs,
                 c/o Credit Collection Services,    Two Wells Aveue,    Newton Center, MA 02459-3225
13577597       +E-mail/Text: Supportservices@receivablesperformance.com Mar 30 2018 04:09:38
                 Receivable Performance Inc.,    20816 44th Avenue W.,    Lynnwood, WA 98036-7744
```

```
District/off: 0315-2          User: jhel              Page 3 of 4                 Date Rcvd: Mar 29, 2018
                              Form ID: pdf900         Total Noticed: 101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13577599        E-mail/PDF: pa_dc_claims@navient.com Mar 30 2018 04:15:11      SallieMae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
13577601       +E-mail/Text: compliance@sentrycredit.com Mar 30 2018 04:09:41       Sentry Credit Inc.,
                 2809 Grand Avenue,    Everett, WA 98201-3417
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Alliance Realty Capital, LLC
cr              FCI Lender Services, Inc., Servicer for Alliance R
cr              The Bank Of New York Mellon Trust Company, Nationa
cr              The Bank of New York Mellon Trust Company, NA et.
cr              U.S. Bank National Association, not in its individ
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13577527*      +Borough of Port Vue,    1191 Romine Avenue,    Mc Keesport, PA 15133-3515
13577534*      +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
13577535*      +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
13577530*      +Capital One,    PO BOX 30281,   Salt Lake City, UT 84130-0281
13577542*      +Credit Management,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577543*      +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577552*      +Erie Insurance Group,    100 Erie Insurance Place,    Erie, PA 16530-0001
13577572*      +Keystone Collections,    546 Wendel Road,    Irwin, PA 15642-7539
13577578*      +Midland Credit Management Inc,    8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
13577586*      +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2308
13577588*      +Northland Group Inc,    PO Box 390905,   Minneapolis, MN 55439-0905
13577615*      +West Penn Hospital-Forbes Campus,    PO Box 644675,    Pittsburgh, PA 15264-4675
13577522      ##+Allied Interstate LLC,    P.O. Box 4000,   Warrenton, VA 20188-4000
13577529      ##+Capital One,    PO Box 5253,   Carol Stream, IL 60197-5253
13577531      ##+Capital One Bank,   c/o Edwin A. Abrahamsen & Assocaites,    120 North Kyser Avenue,
                 Scranton, PA 18504-9701
13577549      ##+Edwin J. Abrahamsen & Associates PC,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
13577550      ##+Equitable Gas,    PO BOX 6766,   Pittsburgh, PA 15212-0766
13577558       ##Guillermo Borrerro MD & Associates PC,    575 Coal Valley Road,    Suite 303,
                 Clairton, PA 15025-3730
13577565      ##+Jon A Kelly, D.P.M.,    1601 Lincoln Way,   McKeesport, PA 15131-1720
13577582      ##+Nationwide Credit Inc,    2002 Summit Boulevard,    Atlanta, GA 30319-1559
                                                                              TOTALS: 6, * 13, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA et. al
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Neeren    on behalf of Creditor    Alliance Realty Capital, LLC dneeren@udren.com,
               vbarber@udren.com
```

```
District/off: 0315-2          User: jhel              Page 4 of 4             Date Rcvd: Mar 29, 2018
                              Form ID: pdf900         Total Noticed: 101
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
- James Warmbrodt   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. bkgroup@kmllawgroup.com
- James A. Prostko   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. pawb@fedphe.com, james.prostko@phelanhallinan.com
- Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
- Jeremy J. Kobeski   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. pawb@fedphe.com
- Jerome B. Blank   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. pawb@fedphe.com
- Karina Velter   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X amps@manleydeas.com
- Kenneth M. Steinberg   on behalf of Debtor Walter H. See julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
- Kenneth M. Steinberg   on behalf of Joint Debtor Rachelle L. See julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
- Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
- Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
- Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
- S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
- Stuart P. Winneg   on behalf of Creditor   Alliance Realty Capital, LLC swinneg@udren.com, cblack@udren.com
- Thomas Song   on behalf of Creditor   The Bank Of New York Mellon Trust Company, National Association et al. pawb@fedphe.com

```
                                                                                    TOTAL: 17
```