| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **Walter H. See** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | **Rachelle L. See** |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number: | **13–20796–GLT** |

Social Security number or ITIN  **xxx–xx–0235**
EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN  **xxx–xx–6546**
EIN  _ _–_ _ _ _ _ _ _

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter H. See

Rachelle L. See
aka Rachelle Popowitz See

5/15/18

**By the court:**    Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-20796-GLT
Walter H. See                                                             Chapter 13
Rachelle L. See
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 4              Date Rcvd: May 15, 2018
                              Form ID: 3180W          Total Noticed: 104

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
```
db/jdb         +Walter H. See,   Rachelle L. See,   418 Greenwood Drive,   Greensburg, PA 15601-1208
aty            +Katherine E. Knowlton,   Urden Law Offices, P.C.,   111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
r               Keith A. Soles,   Howard Hanna,   314 Long Road,   McKeesport, PA  15132
13577515        AES/Key Corp Trust,   P.O. Box 2641,   Harrisburg, PA 17105
13577521       ++ALLIED INTERNATIONAL CREDIT CORP US,   6800 PARAGON PLACE,   SUITE 400,
                 RICHMOND VA 23230-1654
                (address filed with court: Allied International Credit Corporation,
                 6800 Paragon Place, Suite 400,   Richmond, VA 23230)
13577517        Allegheny County Treasurer,   First Floor, Courthouse,   Grant Street,   Pittsburgh, PA 15219
13577518       +Allegheny Radiology Associates,   P.O. Box 49,   Pittsburgh, PA 15230-0049
13577520       +Alliance Realty Capital LLC,   c/o Federman & Associates LLC,   305 York Road, Suite 300,
                 Jenkintown, PA 19046-3249
13577519       +Alliance Realty Capital LLC,   8180 East Kaiser Boulevard,   Anaheim, CA 92808-2277
13577523       +Allied Interstate LLC,   P.O. Box 1954,   Southgate, MI 48195-0954
13577524        American Edcuation Services,   Harrisburg, PA 17130-0001
13661947       +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13577533       +CBCS,   PO Box 2724,   Columbus, OH 43216-2724
13577539       +Citibank NY State NA,   PO Box 22828,   Rochester, NY 14692-2828
13626798       +City of McKeesport,   Keystone Collections Group,   c/o Kratzenberg & Lazzaro,   546 Wendel Rd.,
                 Irwin, PA 15642-7539
13577540       #+Colonial Acceptance,   312 Fallowfield Avenue,   Charleroi, PA 15022-1405
13618323       +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13577544        CuraScript,   23857 Network PL,   Chicago, IL 60673-1238
13577545       +Daniel P Hasley,   510 Simpson Howell Road,   Elizabeth, PA 15037-2818
13577546       +David Apothaker, Esquire,   520 Fellowship Road,   Mount Laurel, NJ 08054-3407
13577553        Forbes Regional,   c/o Collection Service Center,   839 5th AVenue,   P.O. Box 560,
                 New Kensington, PA 15068-0560
13577558        Guillermo Borrerro MD & Associates PC,   575 Coal Valley Road,   Suite 303,
                 Clairton, PA 15025-3730
13577559        Hayt, Hayt & Landau, LLC,   Meridian Center 1,   Two Industrial Way West,   PO Box 500,
                 Eatontown, NJ 07724-0500
13577568       +JRMC Diagnostic Service,   Department L- 3247,   Columbus, OH 43260-0001
13577563        Jefferson Regional Medical Center,   P. O. Box 3475,   Toledo, OH 43607-0475
13577564       +Jeffrey N. Thompson DO,   4016 Old William Penn Highway,   Murrysville, PA 15668-1823
13577567       +Jordan Tax Service,   PO Box 200,   Bethel Park, PA 15102-0200
13577566        Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
13577569       +Key Bank NA,   P.O. Box 94968,   Cleveland, OH 44101-4968
13577570       +Key Corp Bank of Cleveland,   4910 Tiedeman Road,   Cleveland, OH 44144-2338
13577571       +Keystone Collections,   546 Wendel Road,   Irwin, PA 15642-7539
13577573       +Law Offices of Blatt, Hasenmiller, Leisk,   & Moore LLC,   1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
13626796        McKeesport Area School District (City of McKeespor,   Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,   546 Wendel Rd.,   Irwin, PA 15642-7539
13577576       +MedExpress,   c/o NCO Financial Systems Inc,   100 Fleet Street, 3rd Flooe,
                 Pittsburgh, PA 15220-2907
13577575       +Medcare Equipment Company,   501 West Otterman Street, Suite C,   Greensburg, PA 15601-2126
13577579       +Municipal Authority of Westmoreland,   PO Box 800,   Greensburg, PA 15601-0800
13577587       +Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905
13577589        Ocwen Loan Servicing,   PO Box 9001719,   Orlando, FL 32878
13577590       +Ocwen Loan Servicing,   PO Box 780,   Waterloo, IA 50704-0780
13577591       +Portfolio Debt Collection Agency,   PO Box 12914,   Norfolk, VA 23541-0914
13577595        Quest Diagnositcs,   PO Box 71313,   Philadelphia, PA 19176
13577596       +Raymond P. Amatangelo,   PO Box 25,   Charleroi, PA 15022-0025
13577598       #+S&T Bank,   PO Box D 456 Main St,   Brockway, PA 15824-0504
13577602        SLC Student Loan Trust,   701 E. 60th Street N,   Sioux Falls, SD 57104-0432
13577600       +Scott's Lawn Service,   PO Box 742585,   Cincinnati, OH 45274-2585
13577603       +Sleep Disorder Medicine Associates,   1200 Brooks Lane,   Jefferson Hills, PA 15025-3769
13577604       +Suburan Urologic Associates,   2580 Haymaker Road Suite 401,   Monroeville, PA 15146-3500
13594856       +Sun Trust Bank,   c/o AES/PHEAA,   P.O. Box 8183,   Harrisburg, PA 17105-8183
13668572       +The Bank of New York Mellon Truste Company, Nation,   OCWEN Loan Servicing, LLC,
                 1100 Virgina Drive, Ste 175,   Fort Washington, PA 19034-3278,   Attn: BKR Dept.
13577606       +The Law Office of Edwin A. Abrahamsen,   120 N. Keyser Ave.,   Scranton, PA 18504-9701
13577607       +The Medical Bureau of Pittsburgh,   4227 Steubenville Pike,   Pittsburgh, PA 15205-9646
13577608       +The Student Loan Corporation,   c/o CitiBank South Dakota, N.A.,   PO Box 688965,
                 Des Moines, IA 50368-8965
13577609        Toyota Financial Services,   PO Box,   Carol Stream, IL 60197
13577611       +Vengroff, Williams & Associates,   P.O. Box 4155,   Sarasota, FL 34230-4155
```

```
District/off: 0315-2           User: lfin                   Page 2 of 4                   Date Rcvd: May 15, 2018
                               Form ID: 3180W               Total Noticed: 104


13577612       +Walter Harris See Sr.,    1008 Woodland Avenue,    McKeesport, PA 15133-3722
13577613       +West Penn Hospital-Forbes,    PO BOX 644675,    Pittsburgh, PA 15264-4675
13577614       +West Penn Hospital-Forbes Campus,    PO BOX 644675,    Pittsburgh, PA 15264-4675
13577616       +Westmoreland Foot and Ankle,    700 Pellis Rd,    Greensburg, PA 15601-4488

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:28:07      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
13577516       +EDI: AFNIRECOVERY.COM May 16 2018 05:23:00      Afni, Inc.,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
13596596        EDI: AIS.COM May 16 2018 05:23:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
13577525       +EDI: ARSN.COM May 16 2018 05:23:00      Associated Recovery Systems,    P.O. Box 469046,
                 Escondido, CA 92046-9046
13577526       +E-mail/Text: winters.joan@comcast.net May 16 2018 01:28:29      Borough of Port Vue,
                 1191 Romine Avenue,    Mc Keesport, PA 15133-3515
13577536       +E-mail/Text: bankruptcynotices@cbecompanies.com May 16 2018 01:28:24      CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13577528       +EDI: CAPITALONE.COM May 16 2018 05:23:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13577529       +EDI: CAPITALONE.COM May 16 2018 05:23:00      Capital One,    PO Box 5253,
                 Carol Stream, IL 60197-5253
13602967        EDI: CAPITALONE.COM May 16 2018 05:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
13577532       +EDI: CAPITALONE.COM May 16 2018 05:23:00      Capital One Bank NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13653536        EDI: RECOVERYCORP.COM May 16 2018 05:23:00      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13577537       +EDI: CHASE.COM May 16 2018 05:23:00      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13577538       +EDI: CHASE.COM May 16 2018 05:23:00      Chase Bank USA,,    PO Box 15298,
                 Wilmington, DE 19850-5298
13577541       +E-mail/Text: abovay@creditmanagementcompany.com May 16 2018 01:28:27      Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577547        EDI: DIRECTV.COM May 16 2018 05:24:00      Direct TV,    PO BOX 11732,    Newark, NJ 07101
13577548       +E-mail/Text: kburkley@bernsteinlaw.com May 16 2018 01:28:37      Duquesne LIght,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13612956       +E-mail/Text: kburkley@bernsteinlaw.com May 16 2018 01:28:37      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13977074        EDI: ECMC.COM May 16 2018 05:23:00      ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13577551       +E-mail/Text: bankruptcy@erieinsurance.com May 16 2018 01:28:39      Erie Insurance Group,
                 100 Erie Insurance Place,    Erie, PA 16530-0001
13577554       +EDI: RMSC.COM May 16 2018 05:23:00      GE Capital Retail Bank,    PO Box 965036,
                 Orlando, FL 32896-5036
13577555       +EDI: RMSC.COM May 16 2018 05:23:00      GECRB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
13577556       +EDI: RMSC.COM May 16 2018 05:23:00      GERCB/Amazon PLCC,    PO Box 965010,
                 Orlando, FL 32896-5010
13577557       +EDI: CITICORP.COM May 16 2018 05:23:00      Goodyear,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
13577560       +EDI: HFC.COM May 16 2018 05:23:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13577561       +EDI: IIC9.COM May 16 2018 05:23:00      IC Systems Inc,    444 Highway 96 E,
                 Saint Paul, MN 55127-2557
13577562       +EDI: IRS.COM May 16 2018 05:23:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13577574       +EDI: LTDFINANCIAL.COM May 16 2018 05:23:00      LTD Financial Services LP,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13665314        EDI: RESURGENT.COM May 16 2018 05:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Washington Mutual Bank, NA,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13577577       +EDI: MID8.COM May 16 2018 05:23:00      Midland Credit Management Inc,    8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
13577583       +E-mail/Text: egssupportservices@alorica.com May 16 2018 01:28:19      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
13577584       +E-mail/Text: egssupportservices@alorica.com May 16 2018 01:28:19      NCO Financial Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
13577585       +E-mail/Text: bankruptcydepartment@tsico.com May 16 2018 01:28:33      NCO Financial Systems,
                 P.O. Box 15630, Dept. 72,    Wilmington, DE 19850-5630
13577580       +E-mail/Text: Bankruptcies@nragroup.com May 16 2018 01:28:45      Natioanl Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13577581        E-mail/Text: Bankruptcies@nragroup.com May 16 2018 01:28:45      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13666256        EDI: PRA.COM May 16 2018 05:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13577592        EDI: PRA.COM May 16 2018 05:23:00      Portfolio Recovery,    120 Corporate Blvd,
                 Norfolk, VA 23502
13577593        EDI: PRA.COM May 16 2018 05:23:00      Portfolio Recovery Associates,
                 Riverside Commerce Center,    120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502
```

```
District/off: 0315-2           User: lfin                  Page 3 of 4                   Date Rcvd: May 15, 2018
                               Form ID: 3180W              Total Noticed: 104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13577594        +EDI: CCS.COM May 16 2018 05:23:00      Quest Diagnositcs,    c/o Credit Collection Services,
                 Two Wells Aveue,    Newton Center, MA 02459-3225
13577597        +E-mail/Text: Supportservices@receivablesperformance.com May 16 2018 01:28:39
                 Receivable Performance Inc.,    20816 44th Avenue W.,    Lynnwood, WA 98036-7744
13577599         EDI: NAVIENTFKASMSERV.COM May 16 2018 05:23:00      SallieMae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
13577601        +E-mail/Text: compliance@sentrycredit.com May 16 2018 01:28:40      Sentry Credit Inc.,
                 2809 Grand Avenue,    Everett, WA 98201-3417
13577605         EDI: AISTMBL.COM May 16 2018 05:23:00      T- Mobile,    P.O. Box 742596,
                 Cincinnati, OH 45274-2596
13577610         EDI: TFSR.COM May 16 2018 05:23:00      Toyota Motor Credit Corp,    5005 N River Boulevad NE,
                 Cedar Rapids, IA 52411
13618606         EDI: TFSR.COM May 16 2018 05:23:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
                                                                                              TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Alliance Realty Capital, LLC
cr              FCI Lender Services, Inc., Servicer for Alliance R
cr              The Bank Of New York Mellon Trust Company, Nationa
cr              The Bank of New York Mellon Trust Company, NA et.
cr              U.S. Bank National Association, not in its individ
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13577527*      +Borough of Port Vue,    1191 Romine Avenue,    Mc Keesport, PA 15133-3515
13577534*      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
13577535*      +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
13577530*      +Capital One,   PO BOX 30281,    Salt Lake City, UT 84130-0281
13577542*      +Credit Management,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577543*      +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13577552*      +Erie Insurance Group,    100 Erie Insurance Place,    Erie, PA 16530-0001
13577572*      +Keystone Collections,    546 Wendel Road,    Irwin, PA 15642-7539
13577578*      +Midland Credit Management Inc,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13577586*      +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2308
13577588*      +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
13577615*      +West Penn Hospital-Forbes Campus,    PO BOX 644675,    Pittsburgh, PA 15264-4675
13577522      ##+Allied Interstate LLC,    P.O. Box 4000,    Warrenton, VA 20188-4000
13577531      ##+Capital One Bank,    c/o Edwin A. Abrahamsen & Assocaites,     120 North Kyser Avenue,
                 Scranton, PA 18504-9701
13577549      ##+Edwin J. Abrahamsen & Associates PC,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
13577550      ##+Equitable Gas,    PO BOX 6766,    Pittsburgh, PA 15212-0766
13577565      ##+Jon A Kelly, D.P.M.,    1601 Lincoln Way,    McKeesport, PA 15131-1720
13577582      ##+Nationwide Credit Inc,    2002 Summit Boulevard,    Atlanta, GA 30319-1559
                                                                                        TOTALS: 6, * 13, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin             Page 4 of 4           Date Rcvd: May 15, 2018
                              Form ID: 3180W         Total Noticed: 104
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Trust Company, NA et. al
               andygornall@latouflawfirm.com
              David   Neeren    on behalf of Creditor    Alliance Realty Capital, LLC dneeren@udren.com,
               vbarber@udren.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com, james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com
              Karina   Velter    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee NRZ PASS-THROUGH TRUST X amps@manleydeas.com
              Kenneth M. Steinberg    on behalf of Debtor Walter H. See julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Kenneth M. Steinberg     on behalf of Joint Debtor Rachelle L. See
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    Alliance Realty Capital, LLC swinneg@udren.com,
               cblack@udren.com
              Thomas   Song    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association et al. pawb@fedphe.com
                                                                                             TOTAL: 17
```