**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>    WALTER H. SEE<br>    RACHELLE L. SEE<br>          Debtor(s) | Case No. 13-20796GLT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/27/2013.

2) The plan was confirmed on 04/12/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/18/2013, 08/05/2014, 11/17/2014, 07/15/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/05/2018.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $52,789.00.

10) Amount of unsecured claims discharged without payment: $63,221.94.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| | |
|---|---:|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $115,216.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$115,216.00** |

| | |
|---|---:|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $5,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,291.38 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,791.38** |
| Attorney fees paid and disclosed by debtor: | $400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLEGHENY RADIOLOGY++ | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE REALTY CAPITAL LLC | Secured | 67,322.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT | Unsecured | 1,182.08 | 448.01 | 448.01 | 178.59 | 0.00 |
| AMERICAN INFOSOURCE LP O/B/O M | Unsecured | 3,495.27 | 3,495.27 | 3,495.27 | 1,393.28 | 0.00 |
| AMERICAN INFOSOURCE LP O/B/O M | Unsecured | 2,782.00 | 2,782.99 | 2,782.99 | 1,109.36 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 94,302.00 | 94,893.14 | 49,278.58 | 49,278.58 | 0.00 |
| BANK OF NEW YORK MELLON | Secured | 0.00 | 8,163.89 | 8,163.89 | 8,163.89 | 0.00 |
| BOROUGH OF PORT VUE | Unsecured | 394.11 | NA | NA | 0.00 | 0.00 |
| BOROUGH OF PORT VUE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 3,385.23 | 3,113.87 | 3,113.87 | 1,241.25 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 8,176.00 | 8,215.80 | 8,215.80 | 3,274.98 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 908.89 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 7,829.65 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY V LLC++ | Unsecured | 627.25 | 627.25 | 627.25 | 212.42 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 2,944.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 12,977.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MCKEESPORT (EIT) | Unsecured | NA | 4,077.05 | 4,077.05 | 1,625.19 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 37.61 | 37.61 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 114.54 | NA | NA | 0.00 | 0.00 |
| COLONIAL ACCEPTANCE CO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 236.04 | 202.66 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 32.11 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CURASCRIPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DANIEL P HASLEY DMD++ | Unsecured | 43.20 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 92.43 | 196.72 | 196.72 | 78.42 | 0.00 |
| ECMC(*) | Unsecured | 8,822.94 | 9,008.25 | 9,008.25 | 3,590.87 | 0.00 |
| EQUITABLE GAS CO(*) | Unsecured | 414.99 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ERIE INSURANCE GROUP | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| GOODYEAR/CBSD | Unsecured | 923.15 | NA | NA | 0.00 | 0.00 |
| GUILLERMO & BORRERO MD & ASSO( | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 2,191.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 200.76 | 5,367.62 | 5,367.62 | 5,367.62 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 104.00 | 104.00 | 0.00 | 0.00 |
| JEFFERSON REGIONAL MEDICAL SV( | Unsecured | 1,652.00 | NA | NA | 0.00 | 0.00 |
| JEFFREY N THOMPSON DO | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| JON A KELLY DPM++ | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| JORDAN TAX SERVICE INC** | Secured | 215.00 | NA | NA | 0.00 | 0.00 |
| JRMC DIAGNOSTIC SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NA | Unsecured | 42,286.00 | 13,435.40 | 13,435.40 | 5,355.62 | 0.00 |
| KEYBANK NA | Unsecured | 0.00 | 360.82 | 360.82 | 143.83 | 0.00 |
| KEYBANK NA | Unsecured | 0.00 | 11,995.50 | 11,995.50 | 4,781.65 | 0.00 |
| KEYBANK NA | Unsecured | 0.00 | 11,860.82 | 11,860.82 | 4,727.96 | 0.00 |
| KEYBANK NA | Unsecured | 0.00 | 6,474.43 | 6,474.43 | 2,580.84 | 0.00 |
| KEYBANK NA | Unsecured | 0.00 | 1,209.09 | 1,209.09 | 481.97 | 0.00 |
| KEYCORP STUDENT LOAN | Unsecured | 33,712.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE COLLECTIONS GROUP | Secured | 507.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE COLLECTIONS GROUP | Secured | 6,888.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 2,549.59 | 2,549.59 | 1,016.32 | 0.00 |
| MCKEESPORT ASD (MCKEESPORT) ( | Unsecured | NA | 1,488.62 | 1,488.62 | 593.39 | 0.00 |
| MED EXPRESS BILLING | Unsecured | 11.22 | NA | NA | 0.00 | 0.00 |
| MEDCARE EQUIPMENT CO++ | Unsecured | 9.52 | NA | NA | 0.00 | 0.00 |
| MUNIC AUTH OF WESTMORELAND ( | Unsecured | 118.80 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,191.00 | 2,190.74 | 2,190.74 | 873.27 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 20.99 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 155.06 | NA | NA | 0.00 | 0.00 |
| RAYMOND P AMATANGLO++ | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| S & T BANK(*) | Secured | 4,055.00 | 4,035.28 | 3,680.96 | 3,680.96 | 175.38 |
| SALLIE MAE INC** | Unsecured | 12,977.00 | NA | NA | 0.00 | 0.00 |
| SCOTTS LAWN SERVICE | Unsecured | 125.19 | NA | NA | 0.00 | 0.00 |
| SLEEP DISORDER MEDICINE ASSOC- | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN UROLOGIC ASSOC++ | Unsecured | 10.47 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 209.43 | NA | NA | 0.00 | 0.00 |
| THE STUDENT LOAN CORP | Unsecured | 9,757.60 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (TM( | Secured | 6,170.00 | 5,185.58 | 5,185.58 | 5,185.58 | 275.79 |
| WALTER H SEE SR | Unsecured | 22,500.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN HOSPITAL | Unsecured | 12.94 | NA | NA | 0.00 | 0.00 |
| WEST PENN HOSPITAL | Unsecured | 12.94 | NA | NA | 0.00 | 0.00 |
| WEST PENN HOSPITAL | Unsecured | 37.86 | NA | NA | 0.00 | 0.00 |
| WESTMORELAND FOOT & ANKLE | Unsecured | 64.55 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $49,278.58 | $49,278.58 | $0.00 |
| Mortgage Arrearage | $8,163.89 | $8,163.89 | $0.00 |
| Debt Secured by Vehicle | $8,866.54 | $8,866.54 | $451.17 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$66,309.01** | **$66,309.01** | **$451.17** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,405.23 | $5,405.23 | $0.00 |
| **TOTAL PRIORITY:** | **$5,405.23** | **$5,405.23** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$83,634.22** | **$33,259.21** | **$0.00** |

**Disbursements:**

|  |  |
|---|---|
| Expenses of Administration | $9,791.38 |
| Disbursements to Creditors | $105,424.62 |
| **TOTAL DISBURSEMENTS:** | **$115,216.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/18/2018                    By: /s/ Ronda J. Winnecour
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**